**Dismiss and Opinion Filed February 5, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00691-CV

**ROBERT RAMIREZ, Appellant**

**V.**

**MARTIN SALAMANCA, DEADHEAD PROPANE GAS, INC., ET AL., Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-10069**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

Appellant's brief in this case is overdue. By postcard dated September 26, 2014, we notified appellant the time for filing his brief had expired. We directed appellant to file both his brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).

140691F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ROBERT RAMIREZ, Appellant

No. 05-14-00691-CV     V.

MARTIN SALAMANCA, DEADHEAD
PROPANE GAS, INC., ET AL., Appellees

On Appeal from the 134th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-13-10069.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellees MARTIN SALAMANCA, DEADHEAD PROPANE
GAS, INC., DEADHEAD MESQUITE, INC., GIBSON ENERGY, LLC, TAYLOR
LOGISTICS, LLC, TAYLOR COMPANIES, LLC, TAYLOR PROPANE GAS, INC., TPG
TRANSPORT, LLC AND TPG LEASING, LLC recover their costs of this appeal from
appellant ROBERT RAMIREZ.

Judgment entered February 5, 2015.